JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMON MORRISON, | Case No. CV 14-5089-GW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JEFF MACOMBER, Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: December 8, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE